UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CASE NO. 1:21CR-033 |
| | : | |
| | : | JUDGE J. McFARLAND |
| v. | : | |
| | : | SEALED INDICTMENT |
| | : | |
| DAVID LOMACHE, | : | 18 U.S.C. § 1028 |
| | : | 18 U.S.C. § 912 |
| Defendant. | : | 18 U.S.C. § 2 |
| | : | |
| | : | |

**THE GRAND JURY CHARGES:**

<u>COUNT ONE</u>
**(Fraud and Related Activity in Connection with Identification Documents, Authentication Features, and Information)**

In or about January of 2021, in the Southern District of Ohio and elsewhere, the defendant, **DAVID LOMACHE**, did knowingly and without lawful authority produce a false identification document, to wit, an identification card purporting to be issued from the Defense Logistics Agency. The false identification document appears to have been issued by or under the authority of the United States, the production of the false identification document was in and affected interstate commerce, and the offense involved the production and transfer of a false

1

identification document that is and appears to be an identification document issued by and under the authority of the United States.

**All in violation of Title 18, United States Code, Sections 1028(a)(1) and 2.**

### COUNT TWO
### (Fraud and Related Activity in Connection with Identification Documents, Authentication Features, and Information)

In or about January of 2021, in the Southern District of Ohio and elsewhere, the defendant, **DAVID LOMACHE**, did knowingly and without lawful authority produce a false identification document, to wit, an identification card purporting to be issued from Homeland Security Investigations. The false identification document appears to have been issued by or under the authority of the United States, the production of the false identification document was in and affected interstate commerce, and the offense involved the production and transfer of a false identification document that is and appears to be an identification document issued by and under the authority of the United States.

**All in violation of Title 18, United States Code, Sections 1028(a)(1) and 2.**

## COUNT THREE
### (Impersonating a Federal Officer)

On or about January 22, 2021, in the Southern District of Ohio and elsewhere, the defendant, **DAVID LOMACHE**, did falsely assume and pretend to be an officer and employee of the United States acting under the authority thereof, that is a Civilian Contractor Technician for the Defense Logistics Agency, and in such assumed and pretended character with intent to defraud did falsely demand and obtain a thing of value, in that he obtained for the United States a United States Federal Contractor badge.

**All in violation of Title 18, United States Code, Section 912.**

A TRUE BILL

/s/
GRAND JURY FOREPERSON

VIPAL J. PATEL
ACTING UNITED STATES ATTORNEY

MEGAN GAFFNEY PAINTER
ASSISTANT UNITED STATES ATTORNEY